

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00064-CV

**PM MANAGEMENT – WURZBACH NC, LLC**
**d/b/a Trisun Care Center Wurzbach,**
Appellant

v.

Steven Vernon **ARMSTRONG**, as Administrator of the Estate of Helen Armstrong, Deceased, and Steven Vernon Armstrong on Behalf of Michael Darrell Armstrong, an Incapacitated Person and Sole Wrongful Death Beneficiary of Helen Armstrong, Deceased,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01117
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellees Steven Vernon Armstrong, as Administrator of the Estate of Helen Armstrong, Deceased, and on Behalf of Michael Darrell Armstrong, an Incapacitated Person and Sole Wrongful Death Beneficiary of Helen Armstrong, Deceased, recover their costs of this appeal from appellant PM Management – Wurzbach NC, LLC d/b/a Trisun Care Center Wurzbach.

SIGNED June 18, 2014.

_____
Marialyn Barnard, Justice